UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR322-0019 |
| | ) |
| v. | ) FILED UNDER SEAL |
| | ) |
| JASON GERALD SHENK | ) 18 U.S.C. § 1343 |
| | ) Wire Fraud |
| | ) |
| | ) 18 U.S.C. § 1956(a)(2)(B)(i) |
| | ) International Concealment Money |
| | ) Laundering |
| | ) |
| | ) 18 U.S.C. § 1956(a)(1)(B)(i) |
| | ) Concealment Money Laundering |
| | ) |
| | ) 18 U.S.C. § 1957 |
| | ) Money Laundering Involving |
| | ) Transactions Greater Than $10,000 |
| | ) |
| | ) 31 U.S.C. § 5314 |
| | ) Failure to File Report of Foreign |
| | ) Bank Account |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the

maximum penalties for the offenses charged in the Indictment are as follows:

**Counts 1-4:**    **Wire Fraud**

18 U.S.C. § 1343

- Not more than 20 years of imprisonment
- Not more than the greater of $250,000 fine or twice the gross loss
- Not more than 3 years of supervised release
- $100 special assessment

**Counts 5-7:**    **International Concealment Money Laundering**

18 U.S.C. § 1956(a)(2)(B)(i)

- Not more than 20 years of imprisonment

- Not more than the greater of $500,000 or twice the value of the property involved in the transaction
- Not more than 3 years of supervised release
- $100 special assessment

**Count 8-15:**  **Concealment Money Laundering**
18 U.S.C. § 1956(a)(1)(B)(i)
- Not more than 20 years of imprisonment
- Not more than the greater of $500,000 or twice the value of the property involved in the transaction
- Not more than 3 years of supervised release
- $100 special assessment

**Counts 16-36:**  **Money Laundering Involving Transactions Greater Than $10,000**
18 U.S.C. § 1957
- Not more than 10 years of imprisonment
- Not more than the greater of $250,000 fine or twice the amount of the criminally derived property
- Not more than 3 years of supervised release
- $100 special assessment

**Counts 37:**  **Failure to File Report of Foreign Bank Account**
31 U.S.C. § 5314, 5322
- Not more than 5 years of imprisonment
- Note more than a $250,000 fine
- Not more than 3 years of supervised release
- $100 special assessment

If the willful violation occurs while defendant is violating another law of the United States or as part of a pattern of any illegal activity involving more than $100,000 in a 12-month period, then:

- Not more than 10 years of imprisonment
- Not more than a $500,000 fine
- Not more than 3 years of supervised release
- $100 special assessment

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*Matthew Josephson*

Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216